UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | EDCV 19-760 SVW (FFM) | Date | December 5, 2019 |
|---|---|---|---|
| Title | *Michael Paul Rosas v. Warden* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE STATUS REPORT

On July 1, 2019, this Court entered an order granting Petitioner's request for a stay, stating:

> The stay is subject to the following reporting time table: Every ninety (90) days from the date of this order, Petitioner must provide the Court with a status report concerning his state petitions (that is grants, denials, evidentiary hearings, petition filings with higher state courts, etc.). Within thirty (30) days after fully exhausting his remedies (that is, after final action from the California Supreme Court) on the new claims, Petitioner must return to this Court with a motion to amend his Petition. If, at any time, the Court either finds that Petitioner has not met these reporting requirements or is not diligently attempting to exhaust his state remedies, the stay order will be retroactively vacated to the date this Order was entered and the Court will entertain a motion to dismiss for failure to exhaust.

(Docket No. 12, pp. 5-6.)

Petitioner's first status report was due on or before September 29, 2019. As of December 4, 2019, Petitioner has not filed a status report or a motion to amend his Petition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 19-760 SVW (FFM) | Date | December 5, 2019 |
|---|---|---|---|
| Title | *Michael Paul Rosas v. Warden* | | |

Therefore, Petitioner is ordered to file a response to this Order **on or before December 18, 2019**, showing cause why the Court should not retroactively vacate the stay order and entertain a motion to dismiss for failure to exhaust.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Preparer | | JM |