# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL ROSAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,[1]<br><br>　　　　　Respondent. | Case No. EDCV 19-0760 SVW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND LIFTING STAY ENTERED ON JULY 1, 2019 (Dkt. No. 12)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1)　The July 1, 2019 Order granting Petitioner a stay pursuant to *Kelly v. Small*, 315 F.3d 1063, 1070 (9th Cir. 2003), is hereby VACATED;

---

[1] Raymond Madden, Warden of Centinela State Prison, where Petitioner is currently incarcerated, is substituted for the Respondent identified simply by title in the Petition. *See* Fed. R. Civ. P. 25(d).

(2) This action shall proceed only on Grounds One and Two of the Petition as originally filed; and

(3) The deadline for Petitioner to file a traverse in support of Grounds One and Two of the Petition, if necessary, is thirty days from the date of this Order.

IT IS SO ORDERED.

DATED: October 28, 2020

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE