# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL ROSAS,<br><br>        Petitioner,<br><br>    v.<br><br>SEAN MOORE, Acting Warden,[1]<br><br>        Respondent. | Case No. EDCV 19-0760 SVW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

---

[1] Sean Moore, Acting Warden of Centinela State Prison, where Petitioner is currently incarcerated, is substituted for the Respondent identified simply by title in the Petition. *See* Fed. R. Civ. P. 25(d).

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 15, 2022

                          STEPHEN V. WILSON
                          UNITED STATES DISTRICT JUDGE