# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL ROSAS,<br><br>Petitioner,<br><br>v.<br><br>SEAN MOORE, Acting Warden,[1]<br><br>Respondent. | Case No. EDCV 19-0760 SVW (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: April 15, 2022

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

---

[1] Sean Moore, Acting Warden of Centinela State Prison, where Petitioner is currently incarcerated, is substituted for the Respondent identified simply by title in the Petition. *See* Fed. R. Civ. P. 25(d).